**JENNIFER S. CLARK**
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-52-M-DLC |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND FENTANYL |
| SAVANNAH SHOSHANA SMITH, | Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Count I)<br>(Penalty for methamphetamine: five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release.)<br>(Penalty for fentanyl: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release) |
| Defendant. | |

|  | DRUG USER AND ADDICT IN POSSESSION OF FIREARMS AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(3)<br>(Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. § 853(a)(1) and (2)<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE UNITED STATES CHARGES:

COUNT I

That in or about and between September 2020 and October 2021, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, SAVANNAH SHOSHANA SMITH, knowingly and unlawfully possessed with the intent to distribute, 5 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT II

That in or about and between February 2020 and October 2021, at Missoula, in Missoula County, in the State and District of Montana, the defendant, SAVANNAH SHOSHANA SMITH, knowing she was an unlawful user and addicted to a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(3).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in count I of this indictment, the defendant, SAVANNAH SHOSHANA SMITH, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

///

///

///

///

///

Upon conviction of the offense set forth in count II of this indictment, the defendant, SAVANNAH SHOSHANA SMITH, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

JENNIFER S. CLARK
Assistant United States Attorney

(for) LEIF M. JOHNSON
United States Attorney

(for) JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney