IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–52–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SAVANNAH SHOSHANA SMITH, | |
| Defendant. | |

In preparing the presentence investigation report for Defendant Savannah Shoshana Smith, Smith's letter of acceptance of responsibility was inadvertently omitted despite being timely submitted.

Accordingly, IT IS ORDERED that Smith's letter of acceptance of responsibility, attached to this order, is hereby filed with the Court.

DATED this 11th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1

July 20, 2022

Savannah Smith



To the Honorable Judge Dana L. Christensen,

I am writing this letter to you full of remorse, regret, and embarrassment for the crimes which have landed me in your court. I know now how my actions have hurt my family and my community, and for that I am truly sorry. I also acknowledge the words "I'm sorry" are not enough and only my actions moving forward will be able to help right my wrongs and prove to not only the justice system but to my family and community that I can and will do better. A major part of that has been addressing my substance abuse issues as they have played a huge role in my offenses.

My substance abuse issues started with taking prescription pills to help with back pain from a medical condition (scoliosis) that I have. But it really spiraled out of control after my older and only brother suddenly passed in January 2012 from suicide and I was now using the pills to get high and numb the pain of everything. Growing up without my father in my life, my brother was the only male role model I had, so his passing hit me hard and is something I have never gotten over. Shortly after my bother passing is when I met my Carlos Aguirre my codefendant and father to my two children. This relationship was very toxic, controlling, and abusive. It was within this relationship that methamphetamine was introduced, and I started selling and trading it to fuel my own drug addiction to opioids.

Looking back, I now realize how dangerous it was for myself and the community. I am so ashamed of the actions my addiction has led me, but I can guarantee all of that is behind me. I had checked myself into a MAT (medical assisted treatment) program in June 2021 and successfully completed one year of substance abuse treatment and will continue with treatment moving forward. My goals moving forward are to live a sober successful life with my children and continue as a caregiver for my disabled mom. I want to regain housing of my own since that was lost due to my actions, I am currently living with my mom and plan to live here until I can regain housing of my own.  I would also love to go back to school, it's

never too late to learn something new.  I have been employed as a full-time caregiver for my mom since she had a stroke in 2007 and been the main provider for my children and will continue to do so.

I am completely ashamed of the hardships I'm going to be causing my family, especially my kids who are only 5 & 7. I have never been in trouble before this so I can only humbly ask for mercy when handing down my sentence. I will accept and respect the decision you will make when deciding the correct punishment for me. In closing, I would like to thank you for taking the time to read my letter.

Respectfully,

Savannah Smith